**Dismissed and Opinion Filed February 5, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01057-CV

**JUANA MEDRANO, Appellant**
**V.**
**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-01905-C**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

The clerk's record in this case is overdue. By letter dated September 19, 2014, we informed appellant that the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to file written verification that she had paid for or made arrangements to pay for the clerk's record or that she had been found entitled to proceed without payment of costs. We cautioned appellant that if she did not file the required documentation within ten days, we might dismiss the appeal without further notice. To date, the clerk's record has not been filed, appellant has not provided the required documentation, nor has she otherwise corresponded with the Court regarding the status of the clerk's record or this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b).


141057F.P05

/Carolyn Wright/
_____
CAROLYN WRIGHT
CHIEF JUSTICE

## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JUANA MEDRANO, Appellant

No. 05-14-01057-CV     V.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, Appellee

On Appeal from the County Court at Law
No. 3, Dallas County, Texas
Trial Court Cause No. CC-13-01905-C.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY recover its costs of this appeal from appellant JUANA MEDRANO.

Judgment entered February 5, 2015.